**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.    **CASE NO: 8:16-cr-295-T-35AEP**

**ANDREW HALEY MORCOMBE**

### ORDER

This cause comes before the Court for consideration on the Defendant's Unopposed Motion to Continue Trial to the March 2017 Trial Term. (Dkt. 28)   This matter is currently on the December 2016 trial term.   The Defendant is requesting additional time to review voluminous discovery, research the case to include international witnesses, and determine an appropriate course of action.   This is the Defendant's first request for a continuance.   The Government does not oppose the relief sought.

Accordingly, it is **ORDERED** that this case is continued to the **MARCH 2017 TRIAL TERM**, which commences **February 27, 2017,** with a more precise trial date to follow. This continuance satisfies the ends of justice in accordance with the Speedy Trial Act of 1974 (18 U.S.C. §§ 3161-3165, *et seq*) and *United States v. Zedner*, 547 U.S. 489 (2006). Additionally, the Defendant has filed a written waiver of his right to Speedy Trial through **December 31, 2017. (Dkt. 21)**

**It is further ORDERED** that any motion for depositions to preserve testimony in the event a witness is not available to testify during the trial in this matter pursuant to Fed. R. Crim. P. 15 (a), must be made within **fourteen (14) days** from the date of this order, or as soon as any Party is aware of the anticipated unavailability of their witness.   The

Parties should keep in mind that Fed. R. Crim. P. 15 (a) provides that the Court may grant such a motion when there are exceptional circumstances and in the interest of justice.

**It is further ORDERED** that the parties shall file a **JOINT Status Report** on or before the fifteenth (15th) day of each month.  Said report shall include the following information:

1. A brief summary of the status of the case, including the number of remaining defendants (including fugitives);
2. The possibility, if known, of a plea agreement as to each defendant;
3. The number of days for trial **EACH side** requires;
4. A list of all pending motions, the dates on which they were filed, and whether they are ripe for determination; and
5. A brief explanation as to whether a potential speedy trial problem exists.

No Status Conference will be held unless deemed necessary by the Court.

**DONE and ORDERED** in Tampa, Florida, this 29th day of November, 2016.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Marshal Service
United States Probation Office
United States Pretrial Office